## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, Docket Number 1019 was sent via FedEx next day delivery to the following:

**Russell Hibbert**
#76751-408
LA TUNA SATELLITE CAMP
FEDERAL CORRECTIONAL INSTITUTION (CAMP)
Inmate Mail/Parcels
P.O. Box 8000
Anthony, NM 88021

                                                  */s/  Charles S. Birmingham*
                                                CHARLES S. BIRMINGHAM, #47134MO
                                                Assistant United States Attorney